UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PRENTICE KWAMANE LEWIS,

    Plaintiff,

v.                                          Case No. 5:21-cv-251-TKW/MJF

LARRY BASFORD, *et al.*,

    Defendants.

    _____/

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner proceeding *pro se*, initiated this action on December 30, 2021, by filing a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. At the time, Plaintiff was a pretrial detainee confined at the Bay County Jail. *Id*. Plaintiff later moved for leave to proceed *in forma pauperis*. Doc. 4.

On February 22, 2022, this court entered an order granting Plaintiff's motion for leave to proceed *in forma pauperis* and assessing an initial partial filing fee of $23.03, to be paid within thirty days. Doc. 5. The court warned Plaintiff that failure to comply with the order likely would result in dismissal of this action. *Id*. at 3. The court also notified Plaintiff that if his address changed, he must notify the clerk of the court of his new address within seven days, and that failure to do so may result in dismissal of this case. *Id*. at 4.

The clerk of the court mailed a copy of the order dated February 22, 2022, to Plaintiff at his address of record. Doc. 5 (receipt). The mail was returned as undeliverable on March 7, 2022. Doc. 6

On March 7, 2022, the clerk of the court located Plaintiff on the Florida Department of Corrections Offender Network, and re-mailed a copy of the order to Plaintiff at his new address (the Northwest Florida Reception Center). Doc. 6. Over thirty days passed, and Plaintiff did not comply with the order.

Accordingly, on April 11, 2022, this court ordered Plaintiff to show cause, on or before April 25, 2022, why this case should not be dismissed for failure to prosecute, failure to pay the initial partial filing fee, and failure to comply with an order of this court. Doc. 7. The clerk of the court mailed a copy of the show cause order to the new address for Plaintiff indicated on the FDC's Corrections Offender Network (Century Correctional Institution). To date, Plaintiff has not complied with the order dated February 22, 2022, and has not responded to the show cause order. No correspondence from Plaintiff has been received since February 15, 2022.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[1]

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this <u>6th</u> day of May, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").